District Judge Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAUL CHACKO, parent of minor A.P., BINO JACOB,<br><br>                              Plaintiffs,<br>      v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, ALEJANDRO MAYORKAS, Secretary of the Department of Homeland Security, UR JADDOU, Director of United States Citizenship and Immigration Services, and TERI ROBINSON, Director of United States Citizenship and Immigration Services National Benefits Center,<br><br>                              Defendants. | No. 2:23-cv-731<br><br>STIPULATED MOTION TO DISMISS AND ORDER<br><br>Note on Motion Calendar: June 12, 2023 |

Plaintiff brings this litigation seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate Plaintiffs' Form I-485 applications. Dkt. No. 1. USCIS has adjudicated the applications. The above-captioned action having been resolved, all parties, through their undersigned counsel and respective attorneys of record, now hereby stipulate to the dismissal with prejudice, with each party to bear their own fees or costs.

//

//

//

//

STIPULATION MOTION TO DISMISS AND ORDER
2:23-cv-731-JNW
PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: June 12, 2023

*s/ Ralph Hua*
RALPH HUA, WSBA #42189
Fisher Phillips LLP
1700 7TH Ave., Ste 2200
Seattle, WA 98101
Phone: (206) 247-7014
Email: rhua@fisherphillips.com

*Attorney for Plaintiff*

DATED: June 12, 2023

*s/ Michelle R. Lambert*
MICHELLE LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Ave, Suite 700
Tacoma, WA 98402
Phone: (253) 428-3824
Email: michelle.lambert@usdoj.gov

*Attorney for Defendants*

STIPULATION MOTION TO DISMISS AND ORDER
2:23-cv-731-JNW
PAGE– 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

It is so **ORDERED**. The case is dismissed with prejudice.

Dated this 23rd day of June, 2023.

_____
Jamal N. Whitehead
United States District Judge

STIPULATED MOTION TO DISMISS AND ORDER
2:23-cv-494-MLP
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970